# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER (AMENDED) FOR** |
| Plaintiff, | ) | **APPOINTMENT OF COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:07-mj-010 |
| Andrew Joseph Boehman, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, Assistant Federal Public Defender William D. Schmidt from the Federal Public Defender's Office for the District of North Dakota is appointed to represent the Defendant in this matter.

**IT IS SO ORDERED.**

Dated this 1st day of February, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge